UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 05-80744

-vs-        HONORABLE PATRICK J. DUGGAN

FREDWIN CARR,

        Defendant.

_____/

## ORDER DISMISSING VIOLATION PETITION

This matter is before the Court on a Petition for violation of probation, therefore for the reasons stated on the record on February 5, 2009

IT IS HEREBY ORDERED that the petition for violation of probation be and the same is dismissed.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: February 5, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager